■ In the Matter of MIC PROPERTY AND CASUALTY INSURANCE CORP., Appellant, v GJON GJOMARKAJ, Respondent. [650 NYS2d 992] —In a proceeding to stay arbitration of an underinsured motorist claim, the petitioner appeals from an order of the Supreme Court, Nassau County (DiNoto, J.), entered November 22, 1995, which denied the petition and granted the respondent's cross motion to compel arbitration.

Ordered that the appeal is dismissed, with costs payable to the respondent.

The record reveals that the parties proceeded to arbitration which resulted in an award to the respondent. By participating in the arbitration, the petitioner waived its right to appeal the denial of a permanent stay of arbitration. Accordingly, the appeal must be dismissed *(see, Matter of Beagle [MVAIC],* 19 NY2d 834; *Long Is./ Conn. Limousine Group v Airlimo Express,* 231 AD2d 610; *Matter of Nationwide Mut. Ins. Co. v Damaskinos,* 227 AD2d 627; *Matter of Allstate Ins. Co. v Peterson,* 226 AD2d 528; *Matter of State Farm Mut. Auto. Ins. Co. v Blumen,* 221 AD2d 548). Bracken, J. P., Copertino, Joy, Florio and McGinity, JJ., concur.

■ In the Matter of REEMA MIROCHNIK et al., Respondents, v ALLSTATE INSURANCE COMPANY, Appellant. [650 NYS2d 992] —In a proceeding pursuant to CPLR 7503 to compel arbitration of an underinsured motorist claim, Allstate Insurance Company appeals from an order of the Supreme Court, Kings County (Garry, J.), dated December 15, 1995, which granted the petition.

Ordered that the appeal is dismissed, with costs.

Allstate Insurance Company has arbitrated the present claim and therefore has waived its right to appeal from the order directing the parties to proceed to arbitration *(see, Matter of Beagle [MVAIC],* 19 NY2d 834, 835; *Matter of Nationwide Mut. Ins. Co. v Damaskinos,* 227 AD2d 627; *Matter of Nationwide Mut. Ins. Co. v Rothbart,* 220 AD2d 509). Rosenblatt, J. P., Thompson, Santucci and Altman, JJ., concur.